# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LANCE EALY,

        Petitioner,    :    Case No. 2:24-cv-4109

- vs -    District Judge Algenon L. Marbley
    Magistrate Judge Michael R. Merz

WARDEN, London Correctional
  Institution,

        Respondent.    :

## REPORT AND RECOMMENDATIONS

This habeas corpus case pursuant to 28 U.S.C. § 2241 was brought *pro se* by Petitioner Lance Ealy to obtain his release from custody at Alvis House.  On October 30, 2024, the undersigned stayed these proceedings pending Ealy's exhaustion of administrative remedies and ordered him to advise the Court of when that occurred (ECF No. 4).  Nothing else occurred in the case until January 10, 2025, when the Court's Notice to Ealy that the reference in this case had been transferred to the undersigned was returned by the Postal Service.  The Notice had been addressed to Ealy at the address he gave as his place of confinement – Alvis House, 1755 Alum Creek Road in Columbus, Ohio.  It was marked as "addressee unknown."

If Ealy is no longer in confinement and has failed to furnish the Court with a new address, his interest in pursuing this case appears to have evaporated.  It is accordingly recommended that

the Petition herein be dismissed without prejudice for want of prosecution.

January 13, 2025.

s/ *Michael R. Merz*<br>United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #