# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LANCE EALY,                                       :

        Petitioner,                          :        Case No. 2:24-cv-4109

- vs -                                            :        District Judge Algenon L. Marbley
                                                                                   Magistrate Judge Michael R. Merz

WARDEN, London Correctional                       :
 Institution,
                                                  :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

      Accordingly, it is hereby ORDERED that the Petition is DISMISSED without prejudice for want of prosecution.

DATED:  April 8, 2025.

                                                                             Algenon L. Marbley
                                                                  United States District Judge